[No. 26713-2-I.   Division One.   August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONE L. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-00309-6, Maurice M. Epstein, J. Pro Tem.,

entered June 26, 1990. *Affirmed* by unpublished per curiam opinion.